UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

December 5, 2007

FILED

DEC 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| FELIX TORRES, JR., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> CHRYSLER FINANCIAL CO.; et al., <br><br> Defendants - Appellees. | No. 07-17144 <br> D.C. No. CV-07-00915-JW <br><br> **REFERRAL NOTICE** |

This matter is referred to the district court for the limited purpose of determining whether this appeal has been taken in good faith or is frivolous. *See* 28 USC Sec. 1915(a)(3).

If the district court is of the opinion that this appeal is frivolous or not taken in good faith, the district court is requested to complete the attached certification form and return it to this court within 21 days. If this court does not receive a completed certification form within 21 days, it will presume that the district court considers the appeal to have been taken in good faith.

This referral shall not affect the briefing schedule previously established by this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Joe Williams
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX TORRES, JR.<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>CHRYSLER FINANCIAL CO.; ET AL<br><br>    Defendants -Appellees. | No. 07-171144<br>D.C. No. : CV07-00915 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  12/20/07  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clerk's Office
U.S. Court of Appeals   for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Dated:  12/20/07

Richard W. Wieking, Clerk

_Elizabeth C. Garcia_
By: Elizabeth C. Garcia, Deputy Clerk