UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| FELIX TORRES, JR., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> CHRYSLER FINANCIAL CO.; et al., <br><br> Defendants - Appellees. | No. 07-17144 <br> D.C. No. CV-07-00915-JW <br><br> **ORDER** |

This appeal has been taken in good faith [ ]

This appeal is not taken in good faith [X]

Explanation: *Plaintiff's appeal is frivolous and without a sound basis in fact or law.*

_____
James Ware, Judge
United States District Court

Date: December 20, 2007

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FELIX TORRES, JR.

    Plaintiff - Appellant,

v.

CHRYSLER FINANCIAL CO.; ET AL

    Defendants -Appellees.

No. 07-171144
D.C. No. : CV07-00915 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/20/07, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clerk's Office
U.S. Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Dated: 12/20/07

Richard W. Wieking, Clerk

By: Elizabeth C. Garcia, Deputy Clerk